IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                              Plaintiff,

   v.

ALVIN A. MARTIN,

                              Defendant.

ORDER

09-cr-57-bbc-01

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Alvin A. Martin has written to the court, asking for a review of his case to determine whether he is eligible for a sentence reduction under 18 U.S.C. § 3582(c)(2) and the recent amendment to the sentencing guidelines. Dkt. #107. I will consider his letter as a motion for a reduction in his sentence, but the motion must be denied because defendant would not benefit from a two-level reduction. When he was sentenced, his guidelines range was 151-188 months. He was sentenced well below the applicable range, to a sentence of 120 months. Under the new amendment, defendant's guideline range would be 130-162 months. Because his sentence was not based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. 994(*o*), defendant's motion must be denied.

ORDER

IT IS ORDERED that defendant Alvin A. Martin's motion for a reduction in his sentence under 18 U.S. C. § 3852(c)(2) is DENIED.

Entered this 26th day of October, 2015.

                                              BY THE COURT:
                                              /s/
                                              BARBARA B. CRABB
                                              District Judge